UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v.–

KINGSLEY UCHELUE UTULU,

Defendant.

**ORDER**

23 Cr. 364 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The arraignment in this action currently scheduled for February 22, 2024, is adjourned to **February 28, 2024, at 2:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Upon the application of the Government, by and through Assistant United States Attorney Daniel Nessim, and with the consent of the Defendant, Kingsley Uchelue Utulu, by and through his counsel Hannah McCrae, the time between February 22, 2024, through February 28, 2024, is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will afford the Defendant continuity of counsel, allow the Government time to prepare discovery, and give the defense time to consider the pending charges.

Dated: New York, New York
       February 21, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge