UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v.–

KINGSLEY UCHELUE UTULU,

Defendant.

**ORDER**

23 Cr. 364 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference in this action currently scheduled for April 24, 2024, is adjourned to **May 15, 2024, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Upon the application of the Government, by and through Assistant United States Attorney Daniel Nessim, and with the consent of the Defendant, Kingsley Uchelue Utulu, by and through his counsel Mark Gombiner, the time between April 24, 2024, through May 15, 2024, is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will afford the Defendant time to review discovery.

Dated: New York, New York
April 19, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge