UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>– v.–<br><br>KINGSLEY UCHELUE UTULU,<br><br>Defendant. | **ORDER**<br><br>23 Cr. 364 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The conference in this action currently scheduled for August 22, 2024, is adjourned to **September 10, 2024, at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Upon the application of the Defendant, Kingsley Uchelue Utulu, by and through his counsel, Mark Gombiner, the time between August 22, 2024, and September 10, 2024, is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will afford the Defendant time to continue discussions with the Government regarding a potential pre-trial resolution.

Dated: New York, New York
August 20, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge