UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v.–

KINGSLEY UCHELUE UTULU,

Defendant.

**ORDER**

23 Cr. 364 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court will conduct a conference on **October 17, 2024**, **at 11:00 a.m.,** to address Defendant Kingsley Uchelue Utulu's motion requesting that this Court relieve Mark Gombiner as counsel and appoint new counsel to represent him. The conference will take place in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The Government need not attend.

Dated: New York, New York
October 15, 2024

SO ORDERED.

*Paul S. Gardephe*
Paul G. Gardephe
United States District Judge