UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v.–

KINGSLEY UCHELUE UTULU,

Defendant.

**ORDER**

23 Cr. 364 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for October 17, 2024, at 11:00 a.m. is adjourned to **October 22, 2024, at 11:00 a.m.**

Dated: New York, New York
October 16, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge