UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

– v. –

KINGSLEY UCHELUE UTULU,

Defendant.

---

**ORDER**

23 Cr. 364 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Court will conduct a conference on **October 30, 2024, at 10:30 a.m.,** to address defense counsel Mark Gombiner's motion to withdraw as counsel for Defendant Kingsley Uchelue Utulu and appoint new counsel to represent him. The conference will take place in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The Government need not attend.

Dated: New York, New York
       October 28, 2024

SO ORDERED.

*Paul S. Gardephe*

Paul G. Gardephe
United States District Judge