UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

– v.–

KINGSLEY UCHELUE UTULU,

Defendant.

**ORDER**

23 Cr. 364 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference in this action currently scheduled for November 14, 2024, is adjourned to **December 2, 2024, at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
October 30, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge