UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v.–

KINGSLEY UCHELUE UTULU,

Defendant.

**ORDER**

23 Cr. 364 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference in this action currently scheduled for **February 4, 2025**, is adjourned to **February 27, 2025, at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Upon the application of the Defendant, Kingsley Uchelue Utulu, by and through his counsel Anthony Cecutti, and with the consent of the Government, by and through Assistant United States Attorney Daniel Nessim, the time between February 4, 2025, through February 27, 2025, is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will allow the defense time to review discovery, contemplate motions, and continue discussions concerning a potential resolution of this matter.

Dated: New York, New York
January 30, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge