

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 24, 2025

Hon. Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Utulu*, 23 Cr. 364 (PGG)

Dear Judge Gardephe:

    The Government writes to respectfully request that the Court direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney as counsel of record in the above-captioned case. I am departing the U.S. Attorney's Office for other employment.

    Respectfully submitted,

    MATTHEW PODOLSKY
    Acting United States Attorney

By: /s/ *Steven J. Kochevar*
    Steven J. Kochevar
    Assistant United States Attorney
    (212) 637-2262

cc: All Counsel of Record (by ECF)

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*[signature]*
Paul G. Gardephe, U.S.D.J.
Dated: March 25, 2025